UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>     Plaintiffs,<br> v.<br><br>MASS EXCAVATION, INC., an Alaska Corporation,<br>     Defendant. | NO.  2:24-cv-00292-JHC<br><br>ORDER |

THIS MATTER having been submitted to the Court by Stipulated Motion to Continue Initial Scheduling Dates, Dkt. # 7, and the Court having reviewed the records and files herein, and otherwise being fully advised:

IT IS HEREBY ORDERED that the Stipulated Motion to Continue Initial Scheduling Dates is GRANTED.

ORDER - 1

1 | The Clerk is DIRECTED to issue a revised scheduling order providing an additional 30 days.

DATED this 12th day of April, 2024.

*John H. Chun*
_____
JOHN H. CHUN
United States District Judge

ORDER - 2