1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE CEMENT
MASONS & PLASTERERS HEALTH &
WELFARE TRUST, CEMENT MASONS AND
PLASTERERS RETIREMENT TRUST, AND
WESTERN WASHINGTON CEMENT MASONS
JOURNEYMAN AND APPRENTICE
TRAINING TRUST,

                     Plaintiffs,

                     v.

MASS EXCAVATION, INC., an Alaska
Corporation,

                     Defendant.

Case No. 2:24-cv-00292-JHC

STIPULATION AND
JUDGMENT OF DISMISSAL

     The undersigned parties hereby stipulate to a judgment of dismissal of all claims against

Defendant Mass Excavation, Inc. with prejudice and without costs or attorney fees to any parties.

     SO STIUPLATED:

     DATED this 1st day of May, 2025.

                    /s/ Noelle E. Dwarzski
                    Noelle E. Dwarzski, WSBA #40041
                    TURNER, STOEVE & GAGLIARDI, P.S.
                    Attorneys for Plaintiff Trust Funds

STIPULATION AND JUDGMENT OF DISMISSAL – 1
Cause No. 2:24-cv-00292-JHC

DATED this 1ˢᵗ day of May, 2025.

By: _/s/ Bryan O'Connor_ _(with permission)_
Bryan O'Connor, WSBA #23867
JACKSON LEWIS P.C.
Attorneys for Mass Excavation

### JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that Defendant Mass Excavation,

Inc. is dismissed with prejudice and without costs or attorney fees to any parties.

DATED this 2nd day of May, 2025.

HONORABLE JOHN H. CHUN
U.S. District Court Judge

Respectfully Submitted by:

| | |
|---|---|
| Turner, Stoeve & Gagliardi, P.S. | Jackson Lewis, P.C. |
| Attorneys for Plaintiff Trust Funds | Attorneys for Defendant |

_/s/ Noelle E. Dwarzski_               _/s/ Bryan O'Connor (with permission)_
Noelle E. Dwarzski, WSBA #40041        Bryan O'Connor, WSBA #23867

STIPULATION AND JUDGMENT OF DISMISSAL – 2
Cause No. 2:24-cv-00292-JHC